Commercial - Search                                                                 Page 1 of 2



**State of Louisiana Secretary of State**

**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| GENESIS VENTURE LOGISTICS, L.L.C. | Limited Liability Company | MANDEVILLE | Active |

**Previous Names**

**Business:** GENESIS VENTURE LOGISTICS, L.L.C.
**Charter Number:** 42300014K
**Registration Date:** 6/13/2016

**Domicile Address**
  10 ST. ANN DRIVE
  MANDEVILLE, LA 70471

**Mailing Address**
  C/O LORRAINE HYDE
  10 ST. ANN DRIVE
  MANDEVILLE, LA 70471

## Status

**Status:** Active
**Annual Report Status:** In Good Standing
**File Date:** 6/13/2016
**Last Report Filed:** 5/29/2019
**Type:** Limited Liability Company

## Registered Agent(s)

| Agent: | LORRAINE HYDE |
|---|---|
| Address 1: | 10 ST. ANN DRIVE |
| City, State, Zip: | MANDEVILLE, LA 70471 |
| Appointment Date: | 6/13/2016 |

## Officer(s)

Additional Officers: No

| Officer: | LORRAINE HYDE |
|---|---|
| Title: | Manager, Member |
| Address 1: | 10 ST. ANN DRIVE |
| City, State, Zip: | MANDEVILLE, LA 70471 |



EXHIBIT A

https://coraweb.sos.la.gov/commercialsearch/CommercialSearchDetails_Print.aspx?Charte...   3/18/2020

## Amendments on File (3)

| Description | Date |
|---|---|
| Restated Articles | 7/18/2016 |
| Domestic LLC Agent/Domicile Change | 9/12/2016 |
| Domestic LLC Agent/Domicile Change | 3/7/2018 |

Print