

**"A Professional Court Run Service"**
829 Baronne St  New Orleans, LA 70113

| | |
|---|---|
| Stephen Mentz (CEO) | Telephone  (504) 884-0903 |
| Michael Porteous (COF) | (504) 554-0903 |
| Email Address | legalwings7996@gmail.com |

### Affidavit of Service for Lorraine Hyde

I, Stephen K Mentz, attempted to serve Ms. Lorraine Hyde in person as agent of Genesis Venture Logistics LLC. After several attempts I was unsuccessful. Please see the following explanations of attempts of service:

February 29 (10:00am) – No car's were present. There was no answer at the door. There was a Ring Doorbell and a dog was present in the home.

March 1 (4:30pm) – A black GM truck with license plate that read RockyTop was in the driveway. There was no answer at the door and the dog was present in the home. Address is 7101 Edgewater Dr  Mandeville, LA 70471.

March 1 (5:45pm) – A new car was present, a Toyota Corolla with license plate# 969BUQ. There was no answer at the door and a dog was present in the home.

March 2 (7:00am) – There were no vehicles present in the driveway. There wasn't an answer at the door and a dog was present in the home.

March 2 (3:45pm) – I came across the GM truck with license plate "RockyTop" traveling north on the causeway bridge. I followed the vehicle to 7101 Edgewater Dr Mandeville, LA 70471. An older man who would not identify himself explained that Lorraine had moved to Pennsylvania to work for Genesis Venture office there.

March 3 (9:30am) – I attempted to serve Genesis at 1001 Ochsner Blvd Ste 419 Covington. I learned that the company moved one year ago.

March 3 (9:45am) – I attempted to serve Genesis at 10 St. Ann Dr Mandeville, LA. No employees were present and no lights were on in the building.

March 10 (4:30pm) – I made another attempt on Genesis located at 10 St. Ann Dr Mandeville, LA. There was a For Lease sign on the building. Left and attempted to serve at 7101 Edgewater Dr. There was no one home and no cars in the driveway.

Stephen K Mentz

Date: 3-12-2020

EXHIBIT B