UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RIVER VENTURES, LLC | CIVIL ACTION |
| VERSUS | NO: 19-12376 |
| GENESIS VENTURE LOGISTICS, LLC, ET AL. | SECTION: "A" (3) |

## ORDER

**IT IS ORDERED** that the **Motions for Default Judgment (Rec. Docs. 18 & 20)** filed by Plaintiff are **DENIED WITHOUT PREJUDICE** for the following reasons.

The default judgment is sought against defendant Genesis Venture Logistics, LLC. But Plaintiff filed an amended complaint on February 5, 2020 that added an additional defendant, Lorraine Hyde. Although Plaintiff may never be able to effectuate service on Ms. Hyde given the circumstances described in the Renewed Motion for Default Judgment (Rec. Doc. 20), Ms. Hyde remains a named defendant in this matter. Thus, any default judgment rendered against Genesis Venture Logistics, LLC must comport with the requirements of Rule 54(b), which applies when a judgment is sought that adjudicates the claims of fewer than all the parties. A partial judgment under Rule 54(b) can issue "only if the court expressly determines that there is no just reason for delay." Plaintiff herein, which has moved for entry of a judgment pursuant to Rule 55 only, has not addressed the Rule 54(b) requirement so the Court cannot make the required determination. Given the difficulty that Plaintiff has had locating Ms. Hyde, Plaintiff may choose to voluntarily dismiss the complaint as to her without prejudice thereby mooting the Rule 54(b) issue altogether.

March 24, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE